IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO SEGURA,

        Plaintiff,                    No. CIV S-08-2477 KJM P

    vs.

T. FELKER, et al.,

        Defendants.         <u>ORDER</u>

                                      /

        Plaintiff has informed the court that the document identified in this case as a "complaint" filed on October 21, 2008 was intended to be filed as an amended complaint in CIV-S-08-2137 AHS P.  Therefore, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court remove the complaint filed in this case and file it as an "amended complaint" in CIV S-08-2137 AHS P; and

        2. This case is closed.

DATED:  December 5, 2008.

                                              U.S. MAGISTRATE JUDGE

1
seg2137.amc