IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO SEGURA,

        Plaintiff,                     No. CIV S-08-2477 KJM P

   vs.

T. FELKER, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a motion requesting that the court vacate its December 8, 2008 order dismissing this case. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The court's December 8, 2008 order dismissing this case is vacated.

        2. The clerk of the court is directed to remove the "amended complaint" filed in CIV-S-08-2137 SPG P on December 8, 2008 and re-file it in this case.

/////

/////

/////

/////

/////

1

3. Plaintiff shall comply with the court's October 31, 2008 order regarding the filing of an application to proceed in forma pauperis within thirty days. Failure to comply with that order within thirty days will result in this action being dismissed.[1]

DATED: May 5, 2009.

_____
U.S. MAGISTRATE JUDGE

---

[1] In documents filed November 14, 2008 and in his motion to vacate, plaintiff asserts that he filed a completed request to proceed in forma pauperis for this case and an amended complaint. The court has no record of that.