IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO SEGURA,

    Plaintiff,                        No. CIV S-08-2477 JAM CMK (TEMP) P

    vs.

T. FELKER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        In accordance with the "referral notice" filed in this action on April 15, 2011 by the Clerk of the Ninth Circuit Court of Appeals, the court certifies that plaintiff's appeal of the dismissal of this action is taken in good faith.

DATED: May 2, 2011

                                        /s/ John A. Mendez
                                        UNITED STATES DISTRICT JUDGE