**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENZO SEGURA, | No. 2:08-CV-2477-JAM-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| McQUIRE, | |
| Defendant. | |
| _____ / | |

      Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on March 18, 2011. The Ninth Circuit Court of Appeals affirmed the judgment in a memorandum disposition issued on July 12, 2012. Pending before the court is plaintiff's motion for appointment of counsel (Doc. 50).

      In his motion, plaintiff seeks appointment of counsel to represent him on appeal. Because such a motion should have been raised in the appellate court, and because the appellate court has now resolved plaintiff's appeal, plaintiff's motion for appointment of counsel is denied.

/ / /

/ / /

/ / /

1

1   IT IS SO ORDERED.

3   DATED: September 25, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE